BEN DUPRE, Bar No. 231191
2005 De La Cruz Bld., Suite 203
Santa Clara, CA 95050
Tel: 408-727-5377
Fax: 408-727-5310

Ronald Wilcox, Bar No. 176601
Attorney at Law
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486

Counsel for the Plaintiff, David Keil

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## (SAN JOSE DIVISION)

| | |
|---|---|
| DAVID KEIL, | Case No.: 13-cv-03989 |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE NOVEMBER 22, 2013 CMC UNTIL AFTER MEDIATION and [PROPOSED] ORDER** |
| EQUIFAX INFORMATION SERVICES, COMMUNITY FIRST CREDIT UNION, DOES 1-10, | |
| Defendants. | |

The parties have stipulated to mediate this matter.[1]  Thus, the parties respectfully request to the court continue the November 22, 2013 Case Management Conference until after the mediation.  The parties will conduct discovery in accordance with the Fed. R. Civ. P.

/s/Ronald Wilcox                                            11/8/13
Ronald Wilcox, Counsel for Mr. Keil              Date

---

[1] Plaintiff earlier filed a Notice of Need of ADR Phone Conference.  Defendant CFCU believes it was not necessary since they just needed more time to gain client approval to mediate.

**STIPULATION TO CONTINUE NOVEMBER 22, 2013 CMC UNTIL AFTER MEDIATION and [PROPOSED] ORDER**

| | | |
|---|---|---|
| 1 | /s/Thomas P. Quinn, Jr. | 11/8/13 |
| 2 | Thomas P. Quinn, Jr., Counsel for Equifax INFORMATION SERVICES | Date |
| 3 | /s/Leora Ragones | 11/8/13 |
| 4 | Leora Ragones, Counsel for Community First Credit Union | Date |

[PROPOSED] ORDER

The stipulation of the parties is hereby adopted by the Court.

The November 22, 2013 Case Management Conference is continued to: January 31, 2014

**IT IS SO ORDERED.**

Date: 11/8/13

_____
U.S. DISTRICT JUDGE

**STIPULATION TO CONTINUE NOVEMBER 22, 2013 CMC UNTIL AFTER MEDIATION and [PROPOSED] ORDER**