BEN DUPRE, Bar No. 231191
2005 De La Cruz Bld., Suite 203
Santa Clara, CA 95050
Tel: 408-727-5377
Fax: 408-727-5310

Ronald Wilcox, Bar No. 176601
Attorney at Law
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486

Counsel for the Plaintiff, David Keil

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| DAVID KEIL, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, COMMUNITY FIRST CREDIT UNION, DOES 1-10, <br><br> Defendants. | Case No.: 13-cv-03989 SI <br><br> **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE and [Proposed] ORDER** <br><br> **Date: February 7, 2014** <br> **Time: 2:30 p.m.** <br> **HON. JUDGE SUSAN ILLSTON** <br> **U.S. DISTRICT COURT** <br> **450 Golden Gate Ave., San Francisco, CA** |

The parties have been in contact with the Mediator and are attempting to schedule a mediation around March 17, 2014.  Thus, the parties respectfully request the Case Management Conference be continued for 60 days.

Date: 1/29/14

/s/Ronald Wilcox
Ronald Wilcox, Counsel for Plaintiff

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE CONFERENCE

1

/s/ Thomas P. Quinn, Jr._____
Thomas P. Quinn, Jr., Counsel for Equifax
INFORMATION SERVICES

/s/ Leora Ragones_____
Leora Ragones, Counsel for Community First Credit Union

### [Proposed] ORDER

The stipulation of the parties is hereby adopted.  The Case Management Conference is continued to \_\_\_\_April 18, 2014_____.

Date:

_____
U.S. DISTRICT JUDGE SUSAN ILLSTON

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE CONFERENCE