IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID KEIL,                                           No. C 13-03989 SI

       Plaintiff,                               **PRETRIAL PREPARATION ORDER**

  v.

EQUIFAX INFORMATION SERVICES,

       Defendant.
                                           /

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 27, 2014 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is 10/31/14.

DESIGNATION OF EXPERTS: 9/5/14; REBUTTAL: 9/19/14.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is 10/31/14.

DISPOSITIVE MOTIONS **SHALL** be filed by October 31, 2014;

    Opp. Due November 14, 2014;  Reply Due November 21, 2014;

    and set for hearing no later than December 5, 2014 at 9:00 AM.

PRETRIAL CONFERENCE DATE: February 10, 2015 at 3:30 PM.

JURY TRIAL DATE: February 23, 2015 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 4/21/14

                                        SUSAN ILLSTON
                                        United States District Judge