BEN DUPRE, Bar No. 231191
2005 De La Cruz Bld., Suite 203
Santa Clara, CA 95050
Tel: 408-727-5377
Fax: 408-727-5310

Ronald Wilcox, Bar No. 176601
Attorney at Law
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486

Counsel for the Plaintiff, David Keil

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| DAVID KEIL, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, COMMUNITY FIRST CREDIT UNION, DOES 1-10, <br><br> Defendants. | Case No.: 13-cv-03989 SI <br><br> **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE and [~~Proposed~~] ORDER** <br><br> **Date: June 27, 2014** <br> **Time: ~~2:30 p.m.~~ 3 p.m.** <br> **HON. JUDGE SUSAN ILLSTON** <br> **U.S. DISTRICT COURT** <br> **450 Golden Gate Ave., San Francisco, CA** |

The parties have already attended mediation and are conducting discovery.

The parties would like to make another attempt at Alternative Dispute Resolution after the depositions of Plaintiffs and others.

Thus, the parties respectfully request the Case Management Conference be continued for 90 days.

Date: 6/25/14

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE CONFERENCE AND [Proposed] ORDER

1 /s/Ronald Wilcox
　Counsel for Plaintiff

2

3 /s/Leorah Ragones
　Counsel for Defendant
4 Community First Credit Union

5

6 /s/Thomas P. Quinn
　Thomas P. Quinn, Jr., Counsel for Defendant
7 Equifax
　INFORMATION SERVICES
8

9

10 **[Proposed] ORDER**

11 　　　The stipulation of the parties is hereby adopted.  The Case Management Conference is

12 continued to ___9/26/14_____.

13

14 Date: __6/26/14__

15 _____
　U.S. DISTRICT JUDGE SUSAN ILLSTON
16

17

18

19

20

21

22

23

24

25

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE CONFERENCE AND [Proposed]
ORDER