BEN DUPRE, Bar No. 231191
2005 De La Cruz Bld., Suite 203
Santa Clara, CA 95050
Tel: 408-727-5377
Fax: 408-727-5310

Ronald Wilcox, Bar No. 176601
Attorney at Law
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486

Counsel for the Plaintiff, David Keil

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN JOSE DIVISION)

| | |
|---|---|
| DAVID KEIL, | Case No.: 13-cv-03989 |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE SEPTEMBER 26, 2014 and [~~PROPOSED~~] ORDER** |
| EQUIFAX INFORMATION SERVICES, COMMUNITY FIRST CREDIT UNION, DOES 1-10, | |
| Defendants. | |

The discovery deadline is October 31, 2014.  The parties respectfully request to continue the Case Management Conference to after that date, and preferably November 21, 2014 (seeing that the court is unavailable November 7 and 14).

/s/Ronald Wilcox                                  9/22/14
Ronald Wilcox, Counsel for Mr. Keil           Date

/s/Thomas P. Quinn, Jr.                          9/22/14
Thomas P. Quinn, Jr., Counsel for Equifax     Date
INFORMATION SERVICES

**STIPULATION TO CONTINUE SEPTEMBER 26, 2013 CMC and [PROPOSED] ORDER**

1

2  /s/Leora Ragones                                   9/22/14
   Leora Ragones, Counsel for Community First         Date
3  Credit Union

4                          **[PROPOSED] ORDER**

5    The stipulation of the parties is hereby adopted by the Court.

6    The September 26, 2013 Case Management Conference is continued to:   11/21/14

7

8

9    **IT IS SO ORDERED.**

10           9/23/14
     Date:
11   _____
12   U.S. DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

**STIPULATION TO CONTINUE SEPTEMBER 26, 2013 CMC and [PROPOSED] ORDER**